UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __14-1388__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Jerome Palmieri__

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

__/s/ Rolando G. Marquez__
(signature)

| | |
|---|---|
| Rolando G. Marquez | 212-594-5300 |
| Name (printed or typed) | Voice Phone |
| Milberg LLP | 212-868-1229 |
| Firm Name (if applicable) | Fax Number |
| One Pennsylvania Plaza, 49th Floor | |
| New York, NY 10119 | rmarquez@milberg.com |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on __May 12, 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Henry J. DePippo<br>Steven Menashi<br>Michele E. Gutrick<br>KIRKLAND & ELLIS, LLP<br>601 Lexington Avenue<br>New York, NY 10022 | Thomas F. Corcoran<br>Assistant United States Attorney<br>District of Maryland<br>36 South Charles Street, 4th Floor<br>Baltimore, MD 21201 |

__/s/ Rolando G. Marquez__                                                    __5/12/2014__
Signature                                                                                Date

11/17/2011
SCC